March 31, 1983.

458 A.2d 280

All Metals Fabricating v. Barr, Appellants.

 Argued April 14, 1982. James Falcon, for appellants; Thomas J. Godlewski, for appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

The order of the trial court is affirmed.

458 A.2d 280

Campbell, Appellant v. Campbell.

 Argued November 8, 1982. Thomas George Wagner, for appellant; Stephen E. Capone, for appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order affirmed.